UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCO VELAZQUEZ,

    Plaintiff.

Case No. 14-cv-05095-VC (PR)

ORDER OF DISMISSAL WITHOUT PREJUDICE

On November 19, 2014, Marco Velazquez, a state prisoner, filed a letter attempting to allege constitutional claims against an employee of Pleasant Valley State Prison. On the same day, the Clerk of the Court sent Velazquez notice that he had not filed a complaint on the proper form to assert civil rights claims under 42 U.S.C. § 1983 and that he had not submitted an application to proceed In Forma Pauperis ("IFP"). Doc. Nos. 3, 4. The first notice informed Velazquez that he must submit a complaint on the correct form within twenty-eight days or his case would be dismissed and the file closed. Doc. No. 3. The second notice directed Velazquez to either pay the filing fee or file a completed IFP application within twenty-eight days of the date of the notice or his action would be dismissed and the file closed. Doc. No. 4. With the notices, the Clerk mailed Velazquez a blank civil rights complaint form, a copy of the Court's IFP application form and a return envelope.

More than twenty-eight days have passed and Velazquez has not submitted a completed IFP application or a complaint on the correct form.

Accordingly, it is ordered that this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: February 25, 2015

_____
VINCE CHHABRIA
United States District Judge